**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-705**
**Effective Date of Registration:**
September 24, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

       Title of Work: Miniature Nuclear Lantern

## Completion/Publication

    Year of Completion: 2024
  Date of 1st Publication: February 15, 2024
Nation of 1st Publication: United States

## Author

-          Author: Mike Flynn
    Author Created: sculpture
       Citizen of: United States

## Copyright Claimant

  Copyright Claimant: Mike Flynn
                    PO Box 452, Depoe Bay, OR, 97341

## Certification

         Name: Daniel Lachman
           Date: September 24, 2024

---

Copyright Office notes: Basis for Registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1



